February 06, 2009

Mr. Robert Craig Stern
Killeen & Stern, P.C.
400 Poydras Street, Suite 1710
New Orleans, LA 70130

Honorable Levi James Benton
215th Judicial District Court
201 Caroline, 13th Floor
Houston, TX 77002
Mr. Robert Joseph Killeen Jr.
Killeen & Stern, P.C.
8 Greenway Plaza, Suite 614
Houston, TX 77046

Mr. Neil D. Kelly
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

RE: Case Number: 08-0977
 Court of Appeals Number: 01-08-00782-CV
 Trial Court Number: 2008-53948

Style: IN RE RUBEN S. MARTIN III

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Troy Ray Ford |
| |Mr. Robert Summers |
| |Mr. David N. Kitner |
| |Ms. Theresa Chang |
| |Ms. M. Karinne |
| |McCullough |
| |Mr. Chris Booth |